# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walrath, Mary F. | U.S. Bankruptcy Court, D. DE | 12/28/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

824 N. Market Street, 5th Floor
Wilmington, DE 19801

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▨ Trust |
| 2. | Co-President | Collin Seitz American Inn of Court |
| 3. | Editor | The Rutter Group |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 8/23/98 | Jacoby, Donner P.C. termination of interest in law firm payment agreement |
| 2. | 1996 | Walrath & Coolidge termination of partnership agreement |
| 3. | 1987 | Clark, Ladner, Fortenbaugh & Young partnership agreement, termination rights |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | salary from Pepper Hamilton LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern District of Pennsylvania Bankruptcy Association | 1/24-25 | Philadelphia, PA | Annual Bankruptcy Conference attendee | lodging, meals, registration fees, parking |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walrath, Mary F.** | 12/28/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walrath, Mary F.** | 12/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Vanguard IRA (S&P 500 Index Fund) | E | Dividend | P1 | T | | | | | |
| 2.  Vanguard S&P 500 Index Fund | | None | | | Sold | 01/02/20 | J | | |
| 3.  Vanguard Health Care Fund | | None | | | Sold | 01/02/20 | J | | |
| 4.  Vanguard Primecap Fund | A | Dividend | | | Sold<br>(part) | 01/03/20 | J | | |
| 5. | | | | | Sold | 04/23/20 | J | | |
| 6.  Vanguard Federal Money Market Funds (cash equivalent) | A | Interest | K | T | | | | | |
| 7.  Baird IRA (Franklin Templeton Growth Fund) | A | Dividend | K | T | | | | | |
| 8.  Vanguard PA Long Term Tax-exempt Fund | D | Dividend | N | T | | | | | |
| 9.  Vanguard Energy Fund | B | Dividend | K | T | | | | | |
| 10.  Vanguard Global Capital Cycles Fund | A | Dividend | K | T | | | | | |
| 11.  Vanguard Health Care Fund | F | Dividend | O | T | | | | | |
| 12.  Vanguard S&P Index Fund | C | Dividend | N | T | | | | | |
| 13.  Vanguard Primecap Fund | E | Dividend | N | T | | | | | |
| 14.  Vanguard Small Cap Index Fund | A | Dividend | J | T | | | | | |
| 15.  Vanguard Federal Money Market Fund/IRA (cash equivalent) | A | Interest | K | T | | | | | |
| 16.  Vanguard Growth Fund/IRA | A | Dividend | J | T | | | | | |
| 17.  Vanguard Primecap/IRA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walrath, Mary F.** | 12/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Delaware Federal Credit Union (cash equivalent) | A | Dividend | M | T | Buy (add'l) | 02/21/20 | L | | |
| 19. | USAA Money Market (cash equivalent) | A | Interest | J | T | | | | | |
| 20. | 401(k) Plan Vanguard Primecap Fund | G | Int./Div. | P1 | T | | | | | |
| 21. | Vanguard Strategic Equity Fund | B | Dividend | M | T | | | | | |
| 22. | Vanguard Growth Index Fund | C | Dividend | N | T | | | | | |
| 23. | Vanguard REIT Index Fund | E | Dividend | O | T | | | | | |
| 24. | MorganStanley SmithBarney | A | Interest | | | Sold | 05/19/20 | K | | |
| 25. | Vanguard Energy Fund | C | Dividend | L | T | | | | | |
| 26. | Vanguard S&P 500 Index Fund | D | Dividend | O | T | | | | | |
| 27. | Vanguard Federal (f/k/a Prime) Money Market Fund (cash equivalent) | A | Interest | J | T | | | | | |
| 28. | ▨ Trust | B | Rent | M | W | | | | | |
| 29. | | A | Distribution | K | W | | | | | |
| 30. | WSFS (cash equivalent) | A | Interest | | | Sold | 02/21/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Walrath, Mary F.** | 12/28/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII line 20. Pursuant to instructions in the letter dated October 30, 2007, from the Committee, I have listed only the identity of        401(k), the gross value in column C, and the amount of market gain/loss experienced by the 401(k).

Part VII line 28. The rental income for the Trust is from two assets. One is a gas lease.The value code for that asset reflects the cash held by the Trust from the proceeds of the gas lease and the value of the mineral rights; the Trust has no interest in the real estate, which is located in Bradford County, PA. The second is an interest in an LLC which has an ownership interest in real estate in Ventnor, NJ.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary F. Walrath**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544